BOARD OF EDUCATION OF THE BOROUGH OF MERCHANT-VILLE v. BOARD OF EDUCATION OF THE TOWNSHIP OF PENNSAUKEN AND THE BOARD OF EDUCATION OF THE TOWNSHIP OF HADDON, CAMDEN COUNTY.

February 18, 1986.

Petition for certification denied without prejudice to an appropriate application to the Commissioner of Education for reconsideration in the light of the revised standard adopted by the State Board of Education in *Board of Education of Borough of Brielle v. Board of Education of Borough of Manasquan*, EDU Docket No. 8406–83, denied August 7, 1985.

IN THE MATTER OF THE TENURE HEARING OF DR. RICHARD E. ONOREVOLE, SCHOOL DISTRICT OF TOWNSHIP OF WEEHAWKEN.

February 18, 1986.

Leave to appeal granted.

IN THE MATTER OF MIMS HACKETT, JR.

February 19, 1986.

Petition for certification denied.